THE PEOPLE OF THE STATE OF NEW YORK ex rel. CENWEST CORP., Appellant, against WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York, Respondents.

Argued October 4, 1945; decided October 26, 1945.

*Isidore Feil* for appellant.

*Ignatius M. Wilkinson, Corporation Counsel (Philip A. Paulson, Leo Brown* and *Oscar L. Tucker* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and MEDALIE, JJ. Taking no part: THACHER, J.